IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **MILTON WILLIAMS, JR.**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. **04-613-WDS** |
| | ) | |
| **EUGENE WALKER, GUY PIERCE,** | ) | |
| **M.R. PULLEY, MAGGIE BRIAN,** | ) | |
| **MARTY FANNIN, ROSALINA** | ) | |
| **GONZALES, C/O HATTEN, HEALTH** | ) | |
| **PROFESSIONALS LIMITED, IDOC,** | ) | |
| **and LAWRENCE CORRECTIONAL** | ) | |
| **CENTER**, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's Motion to Consolidate. **(Doc. 33)**. Defendants Walker and Pierce have filed a response. **(Doc. 35)**.

Plaintiff is an inmate in the IDOC. He seeks to consolidate this case with another civil case filed by him, *Williams v. Pinckneyville Correctional Center*, case number 05-860-MJR. He asks that the cases be consolidated pursuant to **28 U.S.C. ¶1407.** That statute concerns multidistrict litigation, and is obviously inapplicable here.

**Fed.R.Civ.P. 42** provides for consolidation of actions pending in the same district where they involve "a common question of law or fact." However, consolidation is not appropriate here. First, case number 05-860-MJR has not yet passed threshold review. Secondly, the two cases do not appear to involve common questions, as they arise out of events at different institutions. Case number 05-860 concerns events at Pinckneyville Correctional Center, while case number 04-613-WDS concerns events at Lawrence Correctional Center.

1

Upon consideration and for good cause shown, plaintiff' Motion to Consolidate **(Doc. 33)** is **DENIED**.

**IT IS SO ORDERED.**

**DATED: May 16, 2006.**

<u>**s/ Clifford J. Proud**</u>
**CLIFFORD J. PROUD**
**U.S. MAGISTRATE JUDGE**