IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **MILTON WILLIAMS, JR.**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. **04-613-WDS** |
| | ) | |
| **EUGENE WALKER, GUY PIERCE, M.R. PULLEY, MAGGIE BRIAN, MARTY FANNIN, ROSALINA GONZALES, C/O HATTEN, HEALTH PROFESSIONALS LIMITED, IDOC, and LAWRENCE CORRECTIONAL CENTER**, | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

**PROUD, Magistrate Judge:**

Before the court is Plaintiff's Motion to Stay Responsive Pleading. **(Doc. 72)**.

Plaintiff asks the court to stay the period for him to respond to defendant Hatten's motion for summary judgment until all discovery has been completed. The motion for summary judgment raises the issues of failure to exhaust administrative remedies and statute of limitations. Plaintiff does not describe the nature of discovery that he is pursuing with regard to those issues, and it is difficult to imagine what kind of discovery would be necessary. Information about exhaustion would already be known to plaintiff.

Upon consideration and for good cause shown, Plaintiff's Motion to Stay Responsive Pleading **(Doc. 72)** is **DENIED**.

**IT IS SO ORDERED.**

DATE:  February 26, 2007.          s/ Clifford J. Proud
                                   **CLIFFORD J. PROUD**
                                   **UNITED STATES MAGISTRATE JUDGE**