IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **MILTON WILLIAMS, JR.**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. **04-613-WDS** |
| | ) | |
| **EUGENE WALKER, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

Upon consideration and for good cause shown, Defendants' Motion to Dismiss for Want of Prosecution **(Doc. 77)** and Defendants' Second Motion to Dismiss for Lack of Prosecution and in the Alternative to Extend the Discovery Deadline **(Doc. 83)** are **GRANTED in part and DENIED in part as follows**:

The request to dismiss the case for failure to prosecute is denied. Plaintiff is ordered to respond fully to defendants' outstanding discovery requests by April 16, 2007.

The discovery deadline is extended to **May 15, 2007.**

**Plaintiff is hereby warned that any further failure to comply with this court's orders or to cooperate in discovery will subject plaintiff to sanctions. Such sanctions may include monetary penalties and/or dismissal of this case.**

IT IS SO ORDERED.

DATE: April 2, 2007.

                                                **s/ Clifford J. Proud**
                                              **CLIFFORD J. PROUD**
                                              **UNITED STATES MAGISTRATE JUDGE**