IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MILTON WILLIAMS, JR.**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. **04-613-WDS** |
| | ) |
| **EUGENE WALKER, et al.**, | ) |
| | ) |
| Defendants. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Upon consideration and for good cause shown, Shelley C. Nordling's Motion to withdraw as Counsel **(Doc. 108)** is **GRANTED**.

Shelley C. Nordling is granted leave to withdraw as counsel for defendants Health Professionals Limited and Rosalina Gonzales.

Robert P. Vogt remains as counsel of record for said defendants.

**IT IS SO ORDERED.**

**DATED: May 24, 2007.**

s/ Clifford J. Proud
CLIFFORD J. PROUD
U.S. MAGISTRATE JUDGE