IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **MILTON WILLIAMS, JR.**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. **04-613-WDS** |
| | ) | |
| **EUGENE WALKER, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## REPORT and RECOMMENDATION

This Report and Recommendation is respectfully submitted to Judge William D. Stiehl pursuant to 28 U.S.C. §§636(b)(1)(B) and (C).

Before the court is defendants' Fourth Motion to Dismiss for Want of Prosecution. **(Doc. 134)**. The motion is filed by defendants Rosalina Gonzales and Health Professionals, Ltd.

The motion was filed on October 3, 2008. Plaintiff has not filed a response, and the time for doing so has expired.

Plaintiff Milton Williams, Jr., is an inmate in the custody of the Illinois Department of Corrections. With leave, plaintiff filed an Amended Complaint at **Doc. 28**. Plaintiff alleges that he is legally blind and has other health problems including a heart condition, high blood pressure, and back and leg pain. He alleges that the moving defendants have been deliberately indifferent to his serious medical needs in that they have denied him medical attention, x-rays, and pain medication.

### Basis for Motion to Dismiss

Defendants move for dismissal because plaintiff has failed to prosecute his case. They are correct.

The record reflects that plaintiff has failed repeatedly to respond to defendants' legitimate

1

discovery requests. On April 2, 2007, the court ordered plaintiff to respond to the outstanding discovery requests by April 16, 2007. That order contained the following admonition:

> **Plaintiff is hereby warned that any further failure to comply with this court's orders or to cooperate in discovery will subject plaintiff to sanctions. Such sanctions may include monetary penalties and/or dismissal of this case.**

**See, Doc. 97 (emphasis in original)**.

After plaintiff failed again to serve timely responses to the discovery requests, defendants filed a motion to dismiss for failure to prosecute, **Doc. 102.** Thereafter, on May 3, 2007, plaintiff filed two motions seeking appointment of counsel and an extension of time. Attached to plaintiff's motions were partial answers to the discovery requests, which were incomplete and patently inadequate. All of these motions were denied as moot as plaintiff had also filed a notice of appeal to the Seventh Circuit. **See, Doc. 105.** The appeal was dismissed by the Seventh Circuit, **Doc. 130**, and the instant motion was filed.

Fed.R.Civ.P. 37(b) and (d) authorize the court to dismiss an action as a sanction for failing to participate in discovery. This court gave Plaintiff the "warning shot" required by ***Ball v. City of Chicago*, 2 F.3d 752, 755 (7th Cir. 1993)** in its order of April 2, 2007. The fact that plaintiff has failed to respond to the instant motion is a further indication of his failure to attend to this litigation.

### Recommendation

For the foregoing reasons, this court recommends that defendants' Fourth Motion to Dismiss for Want of Prosecution **(Doc. 134)** be **GRANTED** and that plaintiff's claims against defendants Rosalina Gonzales and Health Professionals, Ltd., be dismissed with prejudice. This dismissal would not affect plaintiff's claims against defendants IDOC, Lawrence Correctional Center, Eugene Walker, Guy Pierce, M.R. Pulley, Maggie Brian or Marty Fannin.

2

**Objections to this Report and Recommendation must be filed on or before January 29, 2009.**

Date:   January 9, 2009.

            s/ Clifford J. Proud
            **CLIFFORD J. PROUD**
            **U.S. MAGISTRATE JUDGE**